IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| OSCAR ORTIZ, | ) | |
| | ) | |
| Petitioner, | ) | Case Nos.   CV-04-422-S-BLW |
| | ) | CR-01-98-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion filed by OSCAR ORTIZ pursuant to 28 U.S.C. § 2255 is DENIED.

IT IS FURTHER HEREBY ORDERED that Case No. CV-04-422-S-BLW is DISMISSED.

DATED: **March 7, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**